NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ELIYAHOU HARARI, ROBERT D. NORMAN, AND SANJAY MEHROTRA,**
*Appellants,*

v.

**ROGER LEE AND FERNANDO GONZALEZ,**
*Appellees.*

---

2010-1075

(Interference No. 105,642)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

Upon consideration of Eliyahou Harari, et al.'s unopposed motion for a 28-day extension of time, until November 22, 2010, to file their brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

OCT 2 0 2010

Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Timothy R. Volpert, Esq.
Thomas J. D'Amico, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

OCT 2 0 2010

**JAN HORBALY**
**CLERK**